IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ANDERSON and** : | | |
| **Vision for Equality, a Non-Profit Corporation,** : | | **CIVIL ACTION** |
| Plaintiffs, : | | |
| : | | **No. 13-5374** |
| v. : | | |
| : | | |
| **THE FRANKLIN INSTITUTE,** : | | |
| Defendant. : | | |

# ORDER

This 6th day of May, 2016, for the reasons explained in the foregoing Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** and Defendant's Motion for Summary Judgment is **DENIED**.

The Court hereby **DECLARES** that Defendant The Franklin Institute is in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12181 *et seq.*, for failure to reasonably modify its policies and practices to accommodate people with disabilities protected by the Act. Defendant is hereby **ENJOINED** from continuing these discriminatory practices and **ORDERED** to adopt a clear and enforceable policy and practice of waiving any and all admission fees for paid Personal Care Attendants accompanying severely disabled clients in a formal capacity as defined in the foregoing Memorandum Opinion.

Defendant's footnote request that the exhibits attached to Plaintiffs' Motion marked "confidential" be removed from the docket pursuant to the parties' Protective Order (Doc. 40) is **GRANTED.** The Clerk's Office shall **REFILE** those documents **UNDER SEAL.**

                                                                           /s/ Gerald Austin McHugh
                                                             United States District Court Judge